**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALLISON HERRING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Civil Action No. 09 CV 0019 |
| | ) |
| GC SERVICES, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the parties, that said action against GC SERVICES, LP, be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED THIS 5th day of March, 2009.


      s/Larry P. Smith
Larry P. Smith,
Larry P. Smith & Associates, Ltd.
For Plaintiff


      s/Todd P. Stelter
Todd P. Stelter
Hinshaw & Culbertson, LLP
For Defendant

Name:          LARRY P. SMITH & ASSOCIATES, LTD.
Attorney for:  Plaintiff
Address:       205 N. Michigan Ave., 40th floor
City:          Chicago, Illinois 60601
Telephone:     (312) 222-9028
E-mail:lsmith@lpsmithlaw.com