Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 19 | **DATE** | 4/20/2009 |
| **CASE TITLE** | Allison Herring vs. GC Services, LP | | |

**DOCKET ENTRY TEXT**

Status hearing set for 4/23/2009 is stricken. Pursuant to stipulation, this case is dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy having been fully settled, compromised and adjourned.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|